UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-39857 |
|---|---|
| MARY LOU JACOB | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4009993**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 9/ 14 | FDS BANK LAZARUS MACYS<br>TSYS DEBT MGMT INC<br>BOX 137<br>COLUMBUS, OH  31902 | 93.62 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/13/2010

Certificate of Service                04-39857

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| MARY LOU JACOB<br>350 EAST WILLOW GROVE AVENUE<br>#601<br>PHILADELPHIA, PA  19118 | HAROLD W WAMPLER I I I<br>1343 WOODMAN DR<br>STE B<br>DAYTON, OH  45432 | (22.1n)<br>B FIRST LLC<br>MAIL STOP 550<br>2101 FOURTH AVENUE SUITE 1030<br>SEATTLE, WA  98121 |
| (23.1n)<br>CHSE HOME FINANCE AZ1-1191<br>ATTN STACY MILLER<br>201 N CENTRAL AVE<br>PHOENIX, AZ  85004 | (14.1)<br>FDS BANK LAZARUS MACYS<br>TSYS DEBT MGMT INC<br>BOX 137<br>COLUMBUS, OH  31902 | (21.1n)<br>JP MORGAN CHASE BANK<br>ATTN BANKRUPTCY DEPT<br>BOX 3155<br>MILWAUKEE, WI  53201 |

Jeffrey M. Kellner BY          /s/ Jeffrey M. Kellner                    cs